**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-2574**

———————————

NANCY BROWN,

Plaintiff - Appellant,

versus

AMERICAN NATIONAL RED CROSS,

Defendant - Appellee,

and

AMERICAN RED CROSS - VIRGINIA; AMERICAN RED
CROSS - WASHINGTON,

Defendants.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-97-385)

———————————

Submitted:  April 16, 1998          Decided:  April 28, 1998

———————————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

Nancy Brown, Appellant Pro Se.  Eric Carl Lund, BALLARD, SPAHR, ANDREWS & INGERSOLL, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellee's motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Brown v. American Nat'l Red Cross</u>, No. CA-97-385 (E.D. Va. Oct. 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>